

ENTERED
04/04/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-34435-H1-7 |
| | § | |
| TECHNICOOL SYSTEMS, INC., | § | |
| | § | (Chapter 7) |
| DEBTOR | § | |

### ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL

Came on for consideration the application of Lowell T. Cage, Trustee ("Trustee") for an order authorizing him to retain and employ Chris A. Stacy and Stacy & Baker, P.C. ("Stacy") as special counsel to represent the estate in the prosecution of claims against WorldFab, Inc., Safe-T-Cool, Inc., Robert Furlough and Jeff Huckaby described in the application; and it appearing to the Court that notice has been given and no objections have been filed, and that the application is well-founded and should be granted; it is therefore:

ORDERED that the retention by the Trustee of Stacy to represent the estate as ~~special~~  counsel to render the legal services described in the application is approved; it is further

ORDERED that Stacy shall be compensated as follows, subject to approval of the Bankruptcy Court:

    25%   of any recovery if the case is settled, resolved, or concluded within 90 days of the date a lawsuit is filed;

    40%   of any recovery if the case is settled, resolved, or adjudicated after 90 days after a lawsuit is filed;

    45%   of any recovery if the case is settled, resolved, or adjudicated after a notice of appeal has been given.

Said percentage shall be calculated on total gross recovery to the estate, which shall include

attorney's fees and expenses if recovered as part of any judgment or settlement, plus reimbursement of costs and expenses.

DATED: **4-4**, 2017.

_____
UNITED STATES BANKRUPTCY JUDGE